# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 18, 2008

135578 & (18)

In the matter of AIHA AL-MAYAHI,
        Minor.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135578
COA: 282568
Wayne CC: 07-000350-AO
02-413538-NA, 04-428082-DM

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 18, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 18, 2008

_____
Clerk

p0115